UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 JUL -8 PM 3: 00
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| KENDRICK FELTON SHORTS | CIVIL ACTION |
| VERSUS | NO. 10-01703 |
| MAPLE CAFE RESTAURANT | SECTION "L" (5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate's Report and Recommendation, and the Plaintiff's objection to the Magistrate's Report and Recommendation[1], hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's complaint is dismissed without prejudice.

New Orleans, Louisiana, this 29th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep____
___Doc. No.____

---

[1] The Court is unable to decipher Plaintiff's objection which was untimely filed on June 25, 2010.